IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-12006-W

_____

DONAVETTE ELY,

                                                     Plaintiff-Appellant,

versus

MOBILE HOUSING BOARD,

                                                     Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

ORDER:

    Appellee's "Motion to Strike Appellant's Reply Brief" is DENIED.

                                       AMY C. NERENBERG
                                       Acting Clerk of the United States Court of
                                       Appeals for the Eleventh Circuit

                                       ENTERED FOR THE COURT - BY DIRECTION